# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____-_____-____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Applicant,

v.

BURLINGTON NORTHERN SANTA FE RAILROAD,
now known as BNSF RAILWAY COMPANY,

        Respondent.

## APPLICATION FOR ORDER TO SHOW CAUSE WHY ADMINSTRATIVE SUBPOENA SHOULD NOT BE ENFORCED

    1.    This is an action for enforcement of an administrative subpoena issued pursuant to § 710 of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e-9.

    2.    Jurisdiction is conferred upon the Court by § 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by § 11 of the National Labor Relations Act, as amended ("NLRA"), 29 U.S.C. § 161, incorporated in § 710 of Title VII.

    3.    Applicant Equal Employment Opportunity Commission ("EEOC") is the federal agency charged with the administration, interpretation, and enforcement of, *inter alia*, the Americans With Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. §§ 12101, *et seq.*, including the investigation of charges of unlawful

employment practices, and is authorized to bring this action pursuant to § 710 of Title VII.[1]

    4.    Respondent is an employer doing business in the State of Colorado.

    5.    On April 10, 2009, pursuant to its authority under § 11 of the NLRA and § 710 of Title VII, EEOC issued to Respondent Subpoena No. DE-009-00009, which was duly served on Respondent.  This Subpoena required Respondent to produce information needed as part of the EEOC's investigations of charges of unlawful employment practices in violation of the ADA, EEOC Charge Nos. 541-2007-01117 and 541-2008-00091, which were filed against Respondent.

    6.    The Subpoena was accompanied by a letter advising Respondent that "[p]art of the Commission's request addresses information that relates to pattern and practice discrimination," and that "EEOC is providing this notice of its intention to broaden this investigation under the authority granted by statute."

    7.    On April 20, 2009, Respondent filed a Petition to Revoke or Modify the Subpoena.

    8.    On June 8, 2010, EEOC issued its Final Determination on Petition to Revoke Subpoena.  EEOC denied Respondent's Petition to revoke or, in the alternative, to modify the Subpoena, finding that the information sought by the Subpoena was relevant to the underlying Charges of Discrimination, that the existence of a nationwide policy, pattern, or practice justified expanding the

---

[1] Section 107(a) of the ADA, 42 U.S.C. § 12117(a), incorporates Title VII's "powers, remedies, and procedures."

investigations, and ordering that Respondent comply with the Subpoena within twenty days of the date of the Final Determination.

9. Respondent failed and/or refused to comply with the EEOC's Final Determination, and continues to fail and/or refuse to respond to the Subpoena.

10. Respondent's failure and/or refusal to comply with the Final Determination and to respond to the Subpoena has delayed and hampered and continues to delay and hamper EEOC's investigations.

11. The accompanying Declaration of Nancy A. Sienko, Field Office Director, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, EEOC prays:

    a. That the Court issue an Order directing Respondent to appear before this Court and to show cause why an Order should not issue directing Respondent to comply with the Final Determination and respond to the Subpoena;

    b. That, upon return of the Order to Show Cause, an Order issue directing Respondent to comply with the Subpoena; and

    c. That EEOC be granted its costs and such other and further relief as the Court may deem just, equitable, and proper.

DATED this 13th day of December, 2010.

        Respectfully submitted,

        MARY JO O'NEILL
        Regional Attorney
        Phoenix District Office

        RITA BYRNES KITTLE
        Supervisory Trial Attorney
        Telephone:  303.866.1347
        E-Mail:  rita.kittle@eeoc.gov

        s/ *D. Andrew Winston*
        Senior Trial Attorney
        Telephone:  303.866.1361
        E-Mail:  andrew.winston@eeoc.gov

        EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION
        Denver Field Office
        303 East 17th Avenue, #410
        Denver, CO  80203

        Attorneys for Applicant EEOC

**PLEASE NOTE:**
**For purposes of service upon EEOC,**
**it is sufficient that pleadings, notices, and**
**court documents be served upon the**
**Trial Attorneys.**